**STATEMENT OF FACTS**

On Monday, September 26, 2005, at about 3:20 p.m., while in the area of Minnesota Avenue and Benning Road, N.E., Washington, D.C., sworn officers with the Metropolitan Police Department saw the defendant, Isiah Holland, driving a car which a NCIC check revealed had been reported stolen. When defendant got out of the car, officers attempted to stop him, at which time the defendant began to struggle with officers. During the struggle, officers saw a handgun in the defendant's waistband. Officers pulled a loaded Ruger 9mm semi-automatic handgun from the defendant's waistband, and officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Isiah N. Holland, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case Nos. F696-02 and F6543-00. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no Ruger 9mm handguns nor ammunition manufactured in the District of Columbia.

_____
SGT. TIMOTHY CORTRIGHT
SIB/WAVE, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THE \_\_\_\_\_ DAY OF SEPTEMBER, 2005.


_____
U.S. MAGISTRATE JUDGE