UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  05-0509M** |
| | : | |
| v. | : | |
| | : | |
| **ISIAH N. HOLLAND,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lynn C. Holliday, at telephone number (202) 616-9550, and/or email address lynn.holliday@usdoj.gov.  Assistant United States Attorney Lynn C. Holliday will substitute for Assistant United States Attorney William Wiegand as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney


    _____
    Lynn C. Holliday
    Assistant United States Attorney
    Federal Major Crimes Section,  Bar No. 415-954
    555 4th Street, NW,  Room 4235
    Washington, DC 20530
    (202) 616-9550

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that a copy of the foregoing notice has been mailed, first class, postage prepaid, to James Beane, Esq., 2715 M Street, N.W., Suite 200, Washington, DC 20007, this  15th  day of November, 2005.

_____
Lynn C. Holliday
Assistant United States Attorney